UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CABRERA,<br><br>        Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>        Defendant. | No. 2: 18-cv-02821-KJM-EFB<br><br><br>AMENDMENT TO THE<br>SCHEDULING ORDER |

      The parties jointly request (ECF No. 15) to amend dates in the scheduling order (ECF No. 8). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | November 18, 2019 | February 18, 2020 |
| Expert Disclosures | February 18, 2020 | May 19, 2020 |
| Supplemental Expert Disclosures | May 17, 2020 | June 16, 2020 |
| Completion of Expert Discovery | May 15, 2020 | August 14, 2020 |
| All Dispositive Motions Hearing Date | July 24, 2020 | November 6, 2020 |

This amendment does not alter any other portions of the amended scheduling order (ECF No. 8).

      IT IS SO ORDERED.

DATED: January 7, 2020.

                                                      UNITED STATES DISTRICT JUDGE